IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GEORGE GUFFEY et al.**                                                                                    **PLAINTIFFS**

**v.**                                   **CASE NO. 5:10CV00131 BSM**

**BLACK & DECKER (U.S.), INC. d/b/a**
**DEWALT INDUSTRIAL TOOL CO.**                                                    **DEFENDANT**

## ORDER

Plaintiffs George and Leslie Guffey's unopposed motion to voluntarily dismiss their claims without prejudice pursuant to Federal Rule of Civil Procedure 41 [Doc. No. 18] is granted.

IT IS SO ORDERED this 23rd day of June 2011.

_____
UNITED STATES DISTRICT JUDGE